Riches v. Bonds et al
case 3:07-cv-00375-RLM-CAN    document 1    filed 08/13/2007    page 1 of 4
Doc. 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jonathan Lee Riches © A/K/A
"Secured Party",
Plaintiff

2007 AUG 13 PM 12:45

CLERK
FOR THE ... DISTRICT

VS

CIVIL NO: 3:07CV0375 RLM

BARRY BONDS;
ALLAN H. "BUD" SELIG;
HANK AARON'S BAT,
DEFENDANTS

## COMPLAINT

"FRAUD AGAINST MANKIND"
"BATMAN AND IDENTITY ROBBIN"

This is a complaint under Bivens, civil rights violation by the Constitution and the Laws of the United States, and Federal tort claims inflicted by that include, but not limited to; Bat Assault, HGH violations, Treason, Major Fraud, Skimming the books, illegal moonshine, terrorism, Social Security Fraud, Treason, Stalking, Identity theft, Copyright Infringement, false information, Illegal Electronic Wiretapping, Bad Debt.

Comes Now the Plaintiff Jonathan Lee Riches © A/K/A "Secured Party" D/B/A "THE WHITE SUGE KNIGHT", in Pro-Se, Moves this Honorable Court to issue an order for all DEFENDANT'S named in this suit to give a response. Plaintiff requests a Jury trial.

Moves this Honorable Court to issue a "TRO" preliminary INJUNCTION Temporary Restraining order against the Broadcast of MLB Games, ALL Defendants, Defendants Pets and associates from any future contact with Plaintiff or Plaintiff's ALL CAPS ENS LEGIS ENTITY JONATHAN LEE RICHES. As Plaintiff is claiming that his Federal, State, Local, underground Constitutional Rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th amendment of the Constitution. Plaintiff seeks 42,000,000.00 million dollars in Swiss Francs, certified money order to the B.O.P. Lockbox in Des Moines Iowa collectively from Defendants.

### 1

Barry Bonds and Bud Selig are in a secret conspiracy together to boost television Ratings. MR. Selig has been secretly giving Barry Bonds steroids for over 4 years under the supervision of Sammy Sosa. MR. Selig on 2 occasions (Dec. 10th 2001, Feb 6th, 2003) met MR. Bonds at the I-70 Steak N Shake, Booth #11, made an under the table cream exchange, Needles, HGH, As MR. Bonds provided MR. Selig 22 thousand for his services. I planted a bug in Booth #10, Robert Novak and Judith Miller have copies of the transcripts.

### 2

Barry Bonds uses HANK AARON's corked bat during ballgames. The bat has a secret chambers where barry stores his HGH Supplements. Bonds takes them while he awaits in the batters Box. Bonds left a voice mail message on my I-phone, made threats towards me.

3

Barry Bonds is responsible for getting me federally indicted in Houston Texas, case #H-03-90, because I threatened to expose his and Bud Selig's steroid/cocaine abuse.

4

Barry Bonds on June 22, 2004, benched pressed me against my will to show off in front of his Ballbark Buddies. I also witnessed Mr. Bonds selling steroids to NUNS.

5

Barry Bonds used HANK AARON'S Bat to crack the Liberty Bell. Bonds owns a steroid house in South Bend Indiana U.S.A. Bonds committed Identity theft in my name, put a Lendingtree.com mortgage on my credit, burned it down to collect insurance. I had a Fraud Alert on my Social.

6

Barry Bonds joined Colombian "FARC" on Dec 25, 2005, during baseballs winter training. "FARC" provides Mr. Bonds HGH Tablets.

7

I won HANK AARON'S Bat at a Sotheby's Auction House in Fall 1998. Barry Bonds sent hitmen to my home. My ADT Security System was compromised. Various items were also taken from my refrig. (Attached Exhibit has a list of food items)

8

Barry Bonds is involved in illegal Gambling, fixing Giants games, including fixing game 5, 6, 7 in the World Series Against Los Angeles. Bonds had a gambling debt with the Gambino's.

9

MR. Bonds gave Mustard Gas to Saddam Hussein, Part of the oil for food scandal.

10

MR. Bonds is using my copyrighted name for profit.

## CONCLUSION

Plaintiff prays for relief. Asking this Honorable Court to compell Bonds to give my Identity Back. Plaintiff also seeks restraining order. No more baseball games played on the FCI williamsburg T.V. sets. MAY Peace be with America forever.

Respectfully

*Jonathan Lee Riches*

Jonathan Lee Riches
"Secured Party"
#40948-018
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590