UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:07-CV-375 RM |
| v. ) | |
| ) | |
| BARRY BONDS, ALLAN "BUD" SELIG, ) | |
| and HAND AARON'S BAT, ) | |
| ) | |
| Defendants ) | |

ORDER

Jonathan Lee Riches, a *pro se* prisoner, submitted a complaint without prepayment of the filing fee. A prisoner must pay the full filing fee, either in advance or over time.

Therefore, pursuant to 28 U.S.C. § 1915(b), the court:

(1) **GRANTS** the plaintiff leave to proceed *in forma pauperis*;
(2) **WAIVES** the initial partial filing fee;
(3) **ORDERS** the plaintiff **Jonathan Lee Riches, BOP # 40948-018** to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and
(4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to the facility where the plaintiff is currently housed.

SO ORDERED.

ENTERED: August  15 , 2007

                                                /s/ Robert L. Miller, Jr.
                                                Chief Judge
                                                United States District Court