UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:07-CV-375 RM |
| v. ) | |
| ) | |
| BARRY BONDS, ALLAN "BUD" SELIG, ) | |
| and HAND AARON'S BAT, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

This case is frivolous and deserves no further judicial time. *See* <u>Lee v. Clinton</u>, 209 F.3d 1025 (7th Cir. 2000), and <u>Gladney v. Pendleton Correctional Facility</u>, 302 F.3d 773, 774 (7th Cir. 2002) ("Sometimes, however, a suit is dismissed because the facts alleged in the complaint are so nutty ('delusional' is the polite word) that they're unbelievable, even though there has been no evidentiary hearing to determine their truth or falsity.")

For the foregoing reasons, this complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

ENTERED: August  16 , 2007

　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court