AO 450

# United States District Court

## Northern District of Indiana

JONATHAN LEE RICHES
        Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

**Case No. 3:07-CV-375 RM**

BARRY BONDS
ALLAN "BUD" SELIG
HANK AARON'S BAT
        Defendants

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**  This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Stephen R. Ludwig, Clerk

/s/ K. Cather
By_____
Deputy Clerk

**Post Judgment Interest Rate**: n/a

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **August 17, 2007**.