UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FILED
2007 AUG 23 AM 11:55

Jonathan Lee Riches©,
Plaintiff

VS.

CIVIL NO: 2007CV00375

BARRY BONDS;
ALLAN H. "BUD" SELIG;
HANK AARON'S BAT,

DEFENDANTS

## MOTION FOR Judges Financial disclosure Forms
## MOTION FOR Judge Recusal under 28 USC 455(A)(B)

Comes Now the Plaintiff Jonathan Lee Riches©, copyrighted since 1994, d/b/a "The White Suge Knight", in pro-se, Praying and respectfully moving this Honorable Chief Judge to issue an order compelling the release of the presiding Judges Yearly financial disclosure forms to Plaintiff to analyze for financial conflicts of interest that the Judge has regarding this case. Plaintiff's 6th amendment rights are currently being violated. Also the 1st, 4th, 5th, 6th, 7th, 8th, 14th Constitutional amendments.

I

This story begins with the thorough understanding of the First amendments Longstanding cornerstone protection "Freedom of Speech". As Lord Mansfield once said, "Give me freedom or Give me Death!"

It Bears mentioning that the First amendment provides that:
"Congress shall make no law respecting Establishment of religion, or prohibiting the free Exercise thereof; or Abridging the freedom of speech or of the press; or the right of the people

GE 2
nes v. Bonds

peacefully to assemble, and to PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES."

Accordingly, Plaintiff Jonathan Lee Riches © d/b/a "the white Suge Knight" has a constitutional and statutory right to have his complaints filed. Any devised scheme by Barry Bonds, "Bud" Selig, Michael Vick, George W. Bush, Cindy Sheehan in the Northern District of California, their Attorneys, friends to attempt to thwart me from filing true actual complaints is a constitutional violation, due process.

I write this Motion wrapped around the Constitution. My July 2007 copy of the Idaho observer in my right hand, my left hand raised high like the Statue of Liberty.

Barry Bonds has threatened me that if I talk to any media, press, radio, newspapers, journals, or the public about his secrets, he would personally find out who purchased my dogs from Michael Vick on Ebay, buy them back, kill them and eat them on Youtube. Bonds has trained h.tmen with sniper scopes surrounding FCI Williamsburg. MR. Bonds Bribed Warden Donald Bauknecht with Giants tickets, in return forbidden me to speak on Camera. Bonds chased down a fox news van with his bat. I superceed this Complaint, and charge MR. Bonds with another count of Bat Assault. Bonds personal trainer Greg Anderson is trying to transfer to FCI Williamsburg. He told me once, "Kid, I'll crush you like a grape."

Plaintiff requests the presiding Judges Yearly financial disclosure forms. Plaintiff has a constitutional right to know if this presiding Judge has a personal and Financial interest with Barry Bonds, Bud Selig, Michael Vic that can cause Plaintiff serious harm in not receiving a fair Jury trial in this su

Barry Bonds is not feeding me in prison. I'm hungry everyday. I came to pr a healthy 175 lbs, now I weigh 125 lbs at 5ft 10 inches. Will somebody fee me please! I have current pictures to submit upon request. I look like a Holocaust survivor. Barry Bonds is in a vast conspiracy with a list of these people and entitys:

Pet Shop Boys; Equity office properties trust "EOPT"; TARZAN; Jerusalem's Temple mount; Pricewaterhousecoopers; Botox; Lexmark International; Violent Navigation Co Ltd; Nintendo Co Ltd; Revolutionary Nuclei; Mr. Fred Rogers; Philadelphia Jewelers Row; DJ CBN china 600; Nick Sabin Alabama football coach; Tesco PLC; Equal Access to Justice Act; Ruby tuesday; The Horror Squadron; Sam Snead 1947 U.S. Open; Vidal Sassoon; White Nile Brewery; XueKang Wei; Federally Administered Tribal areas; TATA Motors; Benji; Winnipeg Jets NHL Hockey Team; Huertas Ramirez; Coney Island; Allied Democratic forces; Salesforce.com; Fiat spa; Mrs. Paul's fish stix; Hatikva Jewish Identity center; Reno Williams; Ginnie Mae; Repression of Traitors; California Redwoods; Jorge Perez Miami Real Estate Mogul; KPMG LLP; Freddy Kruger; Amartya sen; Rutgers womens Basketball team; Gobi desert; HIJKLMN; White collar crime committee; CSX corporation; Alex Boncayao Brigade; Journal of Geophysical research; Dr. Spock; Consumer protection act; Allen W. Dulles; Rust Belt states OH, PA, WV, MI; Bruce Korner hedge Fund Manager; Sabotage Battalion of Shahids; Baxter International Inc; Jack and Jill; Zip code 90210; Mediterranean sea; American Chopper paulie; Bourgeois Society; Steven Roth Vornado Reality trust; Syndicated Talk shows Imus; Volkswagen Ag; Sioux falls Indians; Nashville network; Bali Nightclubs Jakarta; Pearson PLC; www.BigBrotherwatchingYou.com; China Peoples Liberation Army Navy; First Data corp; Vodafone Group PLC; Al-Ma'unah; Schlumberger; Del monte foods; Bed, bath and Beyond; Christmas Eve; Rosneft oil; Richard Helms; Pfizer Inc; Boise Idaho Potatoes; Daniel Pearl WSJ reporter; Honeywell Int. Inc; Judea Police; Books a Million Inc; Afghan support committee; Vezir AKA "Vazir"; Potsdam conference; ABCDEFG; Bobby Sands; Dice Holdings Inc; United States District court Southern District of New York; Dirham currency U.A.E; Reuters Group PLC;

PAGE 4
iches v. Bowls
case 3:07-cv-00375-RLM-CAN   document 5   filed 08/23/2007   page 4 of 9

Nippon Caribbean Shipping Co Ltd; Darryl Strawberry; DJ Russia Titans 10; Jeff Foxworthy; Composer Ersatz Sousa; Port-au-Prince Government; Wawa Foodmarts; Potsdamer Platz Berlin; Blink 182; Public Rest Rooms NYC; Carl Yastrzemski; Big V Supermarkets; Royal Bank of Scotland group; Three Stooges; UN Intergovernment Panel on Climate Change "IPCC"; Flavor Flav; Yeshiva of the Jewish Idea; Lincoln Medical and Mental Health Center; K-Swiss; Enrique Iglesias; Oldsmar Flea Market Florida; Ronaldinho; Timothy Robbins; National Museum of African American History; Federal-Aid Highway Act; Ing Direct; Oscar De La Hoya; Tsimshian Mask; Mt. Merapi; David Pecker CEO Star Magazine; Starving People in China; Pakistani Chief Justice Iftikhar Mohammed Chaudhry; Johnstown Flood; Gestapo; De Gussa Ag; DKNY Jeans; Lashkari I Jhangvi; Real I.D. Act; Nexium; Serengeti Plains Tanzania; The Rat Pack; Gisele Bundchen; Richard Childress Racing; Jerry Bruckheimer CBS Director "CSI"; Isaac Newton; Manny, Moe and Jack; St. Jude Medical; Adm. Timothy J. Keating; Carlos Slim CEO America Movil; Beta Capital Group; Snorers; Loretta Fredy Bush; Michael Schumacher; Battle of Little Bighorn; Salma Hayek; Zack Morris "Saved by the Bell"; Prinzalbrechtstrasse 8; Promises Treatment Center Malibu; Alcoa Inc; Japan Maritime Self Defense Force; Reese Witherspoon; Chechen Martyrs; Rabbi Meir David Kahane Memorial Fund; Johnny Knoxville; Tunisian Combatant Group; Belgium Waffles; Procter and Gamble; Rodeo Drive; Ameren UE Callaway Nuclear Plant; Kellie Pickler; Accredited Home Lenders Holding Co; Wau Fruit and Vegetable Canning Factory; Nelly Furtado; Peabody Energy; Yellow Brick Rd; Motown Records; Swx Swiss Exchange; Keith Urban; Canadian Pacific Railway; Kate Moss; Michelle Wie; Dupont Corp; Chubb Corp; U.S. Embassy Burma; United States District Court District of Maine; Hobos.

The respected Honorable Judge in this complaint could also have a financial interest with these co-conspirator of MR. Bonds. Under 28 USC 455 (A)(B), it is a Judges duty to recuse themselves from civil proceedings if a conflict of interest occurs. Does this respected Judge do banking with MR. Bonds? Do they share joint ownership with stocks or bonds? Have they attended Christmas parties together?

Barry Bonds declared "Novus ordo seclorum" on April 20, 2001. MR. Bonds also financially blackmailed the presiding Judge on a lawsuit I filed in Roanoke Virginia case #7:07CV00379 against Jon Swartz, USA today reporter and the "Virginia tech shooting", to dismiss my case. Currency with Jonathan Lee Riches© on the front, this is a copyright violation.
MR. Bonds tampered with my lawsuit against Cindy Sheehan and Nancy Pelosi in the Northern district of California, San Fran.
MR. Bonds bribed congress in my dismissed suit early this year against Government snitches and Informants Inc. in Miami Florida, S. District of Florida. Plaintiff wishes for a fair unbias jury trial in this case.

Prisons in America are psychological torture. The emotional distress and trauma I suffered and witnessed in prison is unthinkable. The Bureau of Prisons "BOP" originally sent me to maximum security United States Penitentiary Coleman Florida. A white collar non-violent offender in a USP for frauds! Bonds is secretly working with the Justice department to make my life miserable. I'm currently in a South Carolina swamp. Swamp thing is roaming the premises.

I was drinking a delicious tasty Coca Cola. A hot summer day in the FCI rec yard. MR. Bonds physically snatched my Coca Cola from me. I believe this is steroid rage. I just would like my Coca Cola back!

Under 28 USC 455 (A)(B) the presiding Judge in this case has watched previous Major League baseball games with Barry Bonds, possibly witnessing games that Bonds was using corked bats, Bonds violating my copyrighted material wearing Jonathan Lee Riches© Sneakers.

Barry Bonds violated my copyrighted lyrics. The following lyrics were used at Press Conferences that Bonds said without my consent;
"I'm the original, digital, cell phonin clonin pirate, one eye willy, comin Straight from Philly", "Your a Comedy, You can't F___ wit me Economically, I'll splash through your cash, Like a tsunami, Tommy Gun your funds, Like I did to Capital 1", "I get Identity theft cream, Jet Quick Like a F-16"

Barry Bonds is violating my 6th amendment rights. Keeping me in prison against my will. Holding me more then 500 miles away from my family, in violation of Bureau of Prison Policy. Barry Bonds is responsible for no parole in the Federal System. Bonds have the prisons over crowded. Bonds forces me to eat meals with no nutrition, I weigh 125 lbs at 5ft 10 inches. Mr. Bonds violated my Constitutional rights on my Criminal case under Booker and Fanfan, I was enhanced millions of dollars in "intended" credit card loss that was not proven by a Jury, or in my original Indictment. This is a miscarriage of Justice. Bonds is costing me my freedom, fresh air, Constitutional rights, maintaining a healthy weight.

Barry Bonds scared all lawyers away from me in helping me file a 28 USC 2255 to vacate my Sentence. Using his Bat as a weapon. I'm reaching out to any Pro Bono Attorney. This court must stop Mr. Bonds from threatening any Attorney who wishes to help me.
Mr. Bonds stuffed me in a cocoon on Aug 4, 2003.

Barry Bonds committed acts of Barratry

Barry Bonds stole www.JonathanLeeRiches.org, www.JonathanLeeRiches.net, www.JonathanLeeRiches.com from me. My name is copyrighted and trademarked. I'm a secured party under the Uniform commercial code.

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff asks this honorable court for appointment of counsel. Plaintiff has no funds. Barry Bonds took my lunch money in the 90's.

The world is a dangerous place, not because of those who do evil, but because of those who look on and do nothing.

Barry Bonds scared away Father Philip Berrigan from visiting me Ezekel 33:7

Counsel is needed in this case as Plaintiff has no legal experience. Counsel is also needed to stop Mr. Bonds from selling the Jonathan Lee Riches© story.

On May 10, 2006, Barry Lamar Bonds stole the Jonathan Lee Riches story manuscript consisting of; baby pictures, teenage years, my modeling portfolio with Mainline Models in King of Prussia, PA., copyrighted lyrics, poems, logistics on cybercrime, Identity theft prevention, Exploited companies, The Accusations of stealing Janet Reno's Identity to get a JC Penney charge card in her name, my thoughts and personal diary.

Plaintiff asks this Honorable court for appointment of counsel to help me with trademark and copyright violations that Mr. Bonds committed towards me.

I have Houdini's hands, Einstein's Brain, Arnold's Muscles, Romeo's Heart!

PAGE 8
iches v. Bonds
case 3:07-cv-00375-RLM-CAN    document 5    filed 08/23/2007    page 8 of 9

Plaintiff also seeks the Appointment of counsel to Liberate Major League baseball from the clutches of Feudalism and imperialism.

I love my mother to death, always have, always will. Mr. Bonds is a evil man who took my mother away from me.

Barry Bonds AKA ENRICO maLatesta d/b/a German Max Stirner. Can't pick on Someone his own size.

## AMENDED ACTS THAT BONDS COMMITTED

- Barry Bonds Bribed the Grand Jury in his steroid Probe
- Barry Bonds can solve the Zodiac Mystery
- Barry Bonds is a illegal Alien, snuck past border patrol in a wonder Bread truck. I was present at his renunciation of Nationality hearing
- Barry Bonds is spelled SdnoB yrraB Backwards.
- Barry Bonds is brainwashing the public — the whole part of brainwashing is that those being brainwashed don't know it.
- Barry Bonds bet on sports games with NBA Referee Tim Donaghy

Under 28 U.S.C 455 B(4) does the Judges spouse or children have any baseball cards of Mr. Bonds. This will show favoritism and nepotism towards Plaintiff recieving a fair hearing

If you shoot one steroid shot, You are a Experimenter. If You shoot ten steroid shots, Your a addict. If you shoot ten thousand steroid shots, Your a National hero. = Barry Bonds

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff moves this Honorable Court to stop Barry Bonds from committing the following atrocities:

1) Bonds plans to launch a bazooka at the Wright Brothers
2) Stop Bonds from selling tainted meat from China
3) Bonds must quit threatening my Jailhouse agent/Attorney Darren Lamont Keys
4) Saturday 8/18/2007 4:52pm, I intercepted a NSA phone call, Bonds plans to cheat on his wife with Amy Fisher. The rendezvous is supposed to take place at a Long Island NY Super 8 motel. Bonds also has a arson agenda planning to burn down the House of Yahweh.
5) Bonds plans to donate my brain to science fiction
6) Forbid Bonds from performing deplorable acts with a Jimmy Dean Sausage

Finally, Stop the airing of CNN Special Investigative unit's "How to Rob a Bank". DEFENDANT'S violated my copyrighted material doing a story on my criminal case without my consent. MR. Bonds is in a conspiracy with CNN producer Andy Segal.

### CONCLUSION

Plaintiff prays for relief with this Honorable Court. Damages go to the following address: Federal Bureau of Prisons, Jonathan Lee Riches© #40948-018, Post office Box 474701 Des Moines, Iowa 50947. The Courts can reach me at the following address:

Jonathan Lee Riches©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590

Respectfully Submitted

Jonathan Lee, Riches©
U.C.C. 1-308