UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2007 AUG 24 AM 11:40

Jonathan Lee Riches © A/K/A
"The White Suge Knight" d/b/a
"The Mickey Mantle of Financials",   CAUSE NO: 3:07-CV-375 RM
Plaintiff

V.

BARRY BONDS, ALLAN "BUD" SELIG,
HANK AARON'S BAT,

Defendants

## MOTION FOR RECONSIDERATION

Comes Now the Plaintiff Lord Jonathan Lee Riches©, copyrighted since 1994, A/K/A "the white suge knight" d/b/a "The Mickey Mantle of financials", in pro-se, Moves this Honorable chief Judge for Motion for reconsideration his August 16, 2007 order dismissing this suit. Plaintiff has a constitutional right to a fair and unbias hearing.

### 1

MR. Barry Lamar Bonds is a Bat Maniac! This court was influenced by Bonds steroid rage. Three weeks ago Bonds used Roid Rage on the WWF's family. CHRIS Benoit rest in peace!
On Aug. 16, 2007, 9:02 am central, Bonds stormed this Federal Courthouse with Robert E. Lee's calvary. Like what happened to Bruce Willis in the 1st Die Hard movie. Just like the Beslan school massacre with Chechen rebels. MR. Bonds offered chief Judge Robert Miller a Miller Light high life draft "0" calories, fizzles at the crack of the can. Judge Wampner Peoples court guru was involved. Below is a exhibit and proof, "CSI" gathered Bonds footprint (see Attached Exhibit A)



Barry Bonds footprint
8/16/07  9:02 am

PAGE 3
iches v. Bonds
case 3:07-cv-00375-RLM-CAN    document 6    filed 08/24/2007    page 3 of 5

Will the Courts reconsider this suit, an early christmas Gift. No more coal in my stocking. Ole man Murray in Utah has a mine scandal going on. Barry Bonds set Land mines around FCI Williamsburg!

Barry Bonds was caught watching a pumping Iron video. Bonds continues to detain "old" chineese prisoner Yuk Rung Tsang

## EXHIBIT 2

Please Reconsider this motion Below. #3 orders me in extortion under Barry Bonds direct order to pay a $350.00 Filing fee. I don't have any money in my prison Account. MR. Bonds exterted me for HGH money. I never originally asked to proceed in forma pauperis Bonds Likes to pick on 125 LB white guys with bowel problems



Please follow Arrows

Please follow Arrows

Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, )<br> )<br>      Plaintiff )<br> )<br>  v. )<br> )<br>BARRY BONDS, ALLAN "BUD" SELIG, )<br>and HAND AARON'S BAT, )<br> )<br>      Defendants ) | CAUSE NO. 3:07-CV-375 RM |

ORDER

Jonathan Lee Riches, a *pro se* prisoner, submitted a complaint without prepayment of the filing fee. A prisoner must pay the full filing fee, either in advance or over time.

Therefore, pursuant to 28 U.S.C. § 1915(b), the court:

    (1) **GRANTS** the plaintiff leave to proceed *in forma pauperis*;
    (2) **WAIVES** the initial partial filing fee;
    (3) **ORDERS** the plaintiff **Jonathan Lee Riches, BOP # 40948-018** to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and
    (4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to the facility where the plaintiff is currently housed.

    SO ORDERED.

    ENTERED: August 15, 2007

                                     /s/ Robert L. Miller, Jr.
                                     Chief Judge
                                     United States District Court

I previously filed 2 motions with this case. Motion for Judges Recusal under 28 USC 455 and Motion for Judges financial disclosure forms. I'm respectfully praying and waiting for that outcome.

FCI Williamsburg has a outside company called "Jingle Networks" 1800-Free 411. The Prison Unicor has inmates answering telephone calls and talking to the Public. "Jingle Networks" is involved in a illegal sweat shop under Bonds supervision paying inmates only .12¢ a hour. "Jingle Networks" is a outside Corporation violating minimum wage laws. Bonds threatened to strap me in a Unicor chair to pay off this 350.00 order.

### CONCLUSION

The above evil acts of Mr. Bonds not providing me with due process, A balance Nutrition, over 500 miles away from my home. Please reconsider this motion. (1) out

Respectfully Submitted

Jonathan Lee, Riches
U.C.C 1-308

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400