UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:07-CV-375 RM |
| v. ) | |
| ) | |
| BARRY BONDS, ALLAN "BUD" SELIG, ) | |
| and HANK AARON'S BAT, ) | |
| ) | |
| Defendants ) | |

ORDER

Jonathan Lee Riches filed several frivolous motions which the clerk docketed in a single entry. He also filed a frivolous motion to reconsider. The motions (docket ## 5 and 6) are all DENIED.

ENTERED: August  27 , 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court