# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

Jonathan Lee Riches©, A/K/A
"Litigator Crusader",
Plaintiff

V.                                   CASE NO: 3:07-CV-375

BARRY BONDS;
ALLAN "BUD" SELIG;
HANK AARON'S BAT,
DEFENDANTS

## NOTICE OF APPEAL

Comes Now the Plaintiff, Jonathan Lee Riches©, A/K/A "Litigator Crusader", In pro-se, Moves this Honorable Court to Appeal Chief Judge Robert L Miller's dismiss of this suit. Plaintiff Appeals to the Appeals Court.

Barry Bonds can unlock the mystery of Dolly the sheep. Also the case of the broken windows at the WTO March in Seattle 1999

Respectfully
Submitted
Jonathan Lee, Riches©

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400