# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.

District:  Northern District of Indiana  Docket No.:  3:07cv375

Division:  South Bend Division

| **Plaintiff (Petitioner)** | **Short Caption** | **Defendant (Respondent)** |
|---|---|---|
| (   Jonathan Lee Riches | v. | Barry Bonds et al   ) |

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

| | | | |
|---|---|---|---|
| Name: | Jonathan Lee Riches | Name: | |
| Firm: | Williamsburg FCI | Firm: | |
| Address: | PO Box 340 | Address: | |
| | Salters SC 29590 | | |
| Phone: | | Phone: | |

---

| | | | |
|---|---|---|---|
| Judge: | Robert L. Miller, Jr. | Nature of Suit Code: | 550 |
| Court Reporter: | | Date Filed in District Court: | 8/13/07 |
| | | Date of Judgment: | 8/17/07 |
| | | Date of Notice of Appeal: | 9/10/07 |

Counsel:  ____ Appointed   ____ Retained   _X_ Pro Se

Fee Status:  ____ Paid   _X_ Due   ____ IFP   ____ IFP Pending   ____ U.S.   ____ Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office   ____ Yes   ____ No

If 28 U.S.C.§2254 or 28 U.S.C.§2255 was certificate of appealability:   ____ granted;   ____ denied;

____ pending;

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**          3/01

Dockets.Justia.com